# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NICOLE T. WORTMAN and SHANE W. WORTMAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES, LLC,<br><br>Defendant. | Case No.: 1:20-cv-03742<br><br>Honorable John Robert Blakey |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that NICOLE T. WORTMAN and SHANE W. WORTMAN (the "Plaintiffs") and RUSHMORE LOAN MANAGEMENT SERVICES, LLC, (the "Defendant"), hereby notify the Court the parties have reached settlement, and are in process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: September 1, 2020

Respectfully submitted,

**NICOLE T. WORTMAN and SHANE W. WORTMAN**

By: */s/ Mohammed Badwan*

Mohammed Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com